**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1273**

KAREN DISHMAN POWELL,

                    Plaintiff - Appellant,

          v.

SYKES ENTERPRISES, INCORPORATED,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.   James P. Jones, District Judge.  (1:10-cv-00069-jpj-pms)

Submitted:  November 17, 2011          Decided:  November 23, 2011

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karen Dishman Powell, Appellant Pro Se.   John W. Campbell, CONSTANGY, BROOKS & SMITH, LLC, Tampa, Florida; Robert P. Floyd, III, CONSTANGY, BROOKS & SMITH, LLC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Dishman Powell appeals the district court's order dismissing her employment discrimination complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Powell v. Sykes Enters., Inc., No. 1:10-cv-00069-jpj-pms (W.D. Va. Feb. 25, 2011). We deny Powell's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED